LYNOTT JORDAN, as Administrator of the Estate of SYLVIA JORDAN, Deceased, Respondent, *v.* LUKAS SMYK, Appellant.

Argued March 4, 1942; decided April 16, 1942.

*Donald W. Kramer* for appellant.

*H. K. Angell* for respondent.

Judgment of the Appellate Division reversed and order of Trial Term granting a new trial affirmed, with costs to the appellant to abide the event, on the ground that the conversation between the appellant and the defendant in the office of Doctor Glezen was irrelevant and should have been excluded. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and LEWIS, JJ. Dissenting: RIPPEY, CONWAY and DESMOND, JJ.